UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA LONDON )<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>THE CBE GROUP, INC. )<br>    Defendant )<br>) | CASE NO.:<br>3:13-CV-680-CSH<br><br><br><br><br><br>JULY 1, 2013 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Sandra London, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                PLAINTIFF, SANDRA LONDON

                By: /s/Daniel S. Blinn_____
                   Daniel S. Blinn, Fed Bar No. (ct02188)
                   dblinn@consumerlawgroup.com
                   Consumer Law Group, LLC
                   35 Cold Spring Rd., Suite 512
                   Rocky Hill, CT  06067
                   Tel. (860) 571-0408; Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 1st day of July, 2013, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn